AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROBERT ALLEN JOHNSON<br><br>Defendant(s) | )<br>)<br>)  Case No.  13-8001-DLB<br>)<br>)<br>) |

FILED by _____ D.C.
JAN - 3 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 2, 2013   in the county of   Palm Beach   in the Southern District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | the defendant did knowingly take by threat of force and violence or by intimidation from the person or presence of an employee of to TD Bank, at 2130 Centrepark West Drive, West Palm Beach, Florida, any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, TD Bank, a bank whose deposits were insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Gavin Gumbinner, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:   1-3-13

_____
Judge's signature

City and state:   West Palm Beach, Florida        DAVE LEE BRANNON
Printed name and title

## AFFIDAVIT

Your affiant, Gavin Gumbinner, first being duly sworn, does hereby depose and state as follows:

I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for more than 14 years. I am currently assigned to the Federal Bureau of Investigation (FBI) Safe Streets Task Force Miami Division, Palm Beach County Resident Agency.

This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation, and information provided to me by other law enforcement officers, victims, witnesses and the defendant. This affidavit does not purport to contain all the information known to me about this case but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging defendant ROBERT ALLEN JOHNSON with the offense of bank robbery, in violation of Title 18, United States Code, Sections 2113(a).

On Wednesday January 2, 2013 at 11:15 a.m, officers of the West Palm Beach Police Department responded to TD Bank, located at 2130 Centrepark West Drive, West Palm Beach, Florida, in regards to a bank robbery that had just occurred.

An unknown subject described as a tall black male, wearing a brown t-shirt or jacket and a straw hat approached the teller and presented a note that read, "I have a gun, Give Me Money Now." The teller in fear for her life gave the suspect the money from her drawer. The subject then fled out the front door and south through the parking lot. The subject took the note with him. The total amount of theft is $870.00 in U.S. Currency.

A witness (W1) sitting in a vehicle located just south of the TD Bank observed a black male walk in front of the business and discard a straw hat. The subject continued walking and took off a brown sweater or shirt. He dropped the shirt and a piece of paper at this location. The witness saw U.S. Currency in the subject's hands. The subject was observed wearing a white t-shirt.

A second witness (W2) followed the suspect who continued walking south on Bristol Ave. The subject walked into the parking lot at 2501 Bristol Drive, West Palm Beach, Florida. The witness saw Officer Nagel arrive in the area and flagged him down.

Officer Nagel pulled into the parking lot of 2501 Bristol Drive and patrons told him a black male wearing a white t-shirt had just walked into Sixt Rent A Car, which is located in suite B7. Officer Nagel walked into this business and a black male wearing a white t-shirt, sweating profusely, immediately put his hands in the air. Officer Nagel took the suspect into custody.

1

A show up was conducted with W1 and the subject was positively identified as the person observed removing the hat and brown shirt. The subject was later identified the black male as Robert Allen Johnson whose date of birth is 4/9/55. West Palm Beach Police Detective Craig Bryan was present when the identification took place, at which time Robert Allen Johnson said; "I'm Sorry."

A second show up was conducted with the victim teller who positively identified Robert Allen Johnson as the subject that presented the robbery note to her and took the US Currency she passed over the counter in response to the note.

A third show up was conducted with W2 who also positively identified Robert Allen Johnson as the subject that W2 followed from the bank.

Recovered from Robert Allen Johnson was $891.00 dollars. While law enforcement officers recovered the U.S. Currency, Robert Allen Johnson uttered; "I had $40.00 dollars in my pockets."

The clothing removed by the subject and a paper item were recovered in the vicinity of 2300 Centrepark West Drive, West Palm Beach, Florida. The paper was a TD Bank Checking Deposit Slip that had a handwritten note which read "I have Gun Give me money "Now"".

TD Bank, which is located at 2130 Centrepark West Drive, is a bank whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

Based on the foregoing, your affiant maintains that probable cause exists to believe that the defendant did by intimidation, take from the person or presence of another, approximately $870.00 in U.S. Currency belonging to and in the care, custody, control, management and possession of TD Bank, located at 2130 Centrepark West Drive, West Palm Beach, Florida, the deposits of which were then insured by the FDIC, in violation of Title 18, United States Code, Section 2113(a)

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Special Agent Gavin Gumbinner
Federal Bureau of Investigation

Sworn to an s subscribed before me
This 3rd day of January, 2013.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

2